UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

PATRICK A. NAVAS,

                Plaintiff,                  **ORDER**

     -against-                  23 Civ. 4943 (AEK)

POLICE OFFICER J. A. VLASATY, *et al.,*

                Defendants.

---------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      A telephonic status conference before Magistrate Judge Krause is hereby scheduled for **Thursday, December 19, 2024 at 11:00 a.m.** If Plaintiff is able to retain a new attorney before the conference, the new attorney must appear at that conference by telephone and be prepared to discuss the next steps in this matter. If Plaintiff is not able to retain a new attorney before the December 19, 2024 conference, then Plaintiff must appear at the conference by telephone to represent himself *pro se*, and must be prepared to discuss how he wishes to proceed in this case.

      To access the teleconference, please follow these directions: (1) dial the meeting number: (914) 292-4033; (2) enter the conference ID: 567092616; and (3) press pound (#) to enter the teleconference as a guest. Should counsel experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

      The Court instructs Plaintiff that it is his responsibility to inform the Court of any further changes in his contact information.

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff.

Dated: November 15, 2024
White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge