UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

PATRICK A. NAVAS,

                              Plaintiff,                  **ORDER**

      -against-                              23 Civ. 4943 (AEK)

POLICE OFFICER J. A. VLASATY, *et al.,*

                              Defendants.

---------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      This order memorializes the issues addressed and the rulings made during the June 5, 2025, in-person status conference before Judge Krause.

      1.      Counsel for the Town of Greenburgh (Mr. Foster) provided Plaintiff with copies of the Town's April 29, 2025 document requests and the Individual Defendants' April 17, 2025 interrogatories. The Court ordered Plaintiff to provide to Mr. Foster his responses to both the April 29, 2025 document requests and the April 17, 2025 interrogatories by **July 7, 2025**.

      2.      The Court ordered that the remaining three depositions are to be conducted as follows:

      a.  Plaintiff's continued deposition is to be conducted in person on **Monday, July 7, 2025, at 10:00 a.m.** at the United States Courthouse, 300 Quarropas Street, White Plains, New York.

      b.  The deposition of non-party witness Raymond Francis is to be conducted by video on **Monday, July 28, 2025, at 10:00 a.m.**, with Plaintiff and Mr. Foster and/or counsel for the Individual Defendants to attend the deposition in person at the United States Courthouse, 300 Quarropas Street, White Plains, New York.

      c.  The deposition of non-party witness Jeffrey Matthews is to be conducted by video on **Monday, August 11, 2025, at 10:00 a.m.**, with Plaintiff and Mr. Foster and/or counsel for the Individual Defendants

        to attend the deposition in person at the United States Courthouse, 300 Quarropas Street, White Plains, New York.

3.      In the event that Mr. Matthews is incarcerated on the date scheduled for his deposition, in accordance with Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure, the Court authorized counsel for Defendants to take Mr. Matthews's deposition even while he is in custody.

3.      The Court directed Defendants' counsel to file a letter by **August 4, 2025**, providing an update on efforts to locate Mr. Matthews and serve him with a subpoena, as well as a status report regarding fact discovery.

        The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff. Chambers staff will send a copy of the Order to Plaintiff via email.

Dated: June 5, 2025
       White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge