UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

PATRICK A. NAVAS,

                Plaintiff,                        **ORDER**

      -against-                               23 Civ. 4943 (AEK)

POLICE OFFICER J. A. VLASATY, *et al.*,

                Defendants.

----------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

This order memorializes the issues discussed and rulings made during the August 4, 2025, in-person status conference before Judge Krause, as well as information subsequently provided to the Court by the parties:

1. Counsel for the Town of Greenburgh (Mr. Foster) provided Plaintiff with another set of copies of the Town's April 29, 2025 document requests and the Individual Defendants' April 17, 2025 interrogatories. The Court ordered Plaintiff to deliver his responses to both the April 29, 2025 document requests and the April 17, 2025 interrogatories (to the extent that he did not answer those questions during his continued deposition) to **Mr. Foster's office** by **August 8, 2025**.

2. The Court directed Defendants' counsel to file a letter by **August 13, 2025**, confirming that all fact discovery has been completed and providing a proposed briefing schedule for Defendants' motion for summary judgment that includes giving Plaintiff 60 days to file his opposition.

3. Defendants completed taking Plaintiff's deposition. Defendants reported that they have decided not to take the deposition of non-party witness Jeffrey Matthews.

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff.  Chambers staff will send a copy of the Order to Plaintiff via email.

Dated: August 4, 2025
      White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge