UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

PATRICK A. NAVAS,

                          Plaintiff,                    **ORDER**

        -against-                              23 Civ. 4943 (AEK)

POLICE OFFICER J. A. VLASATY, *et al.,*

                          Defendants.

-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The Court held an in-person conference on September 8, 2025, as previously scheduled. *See* ECF No. 67.  While counsel for all Defendants appeared, Plaintiff failed to appear. Consequently, Plaintiff did not comply with the Court's order that he bring certain discovery responses to the conference.  *See id.*  The Court renews its order that Plaintiff produce to counsel for the Defendant Town (i) written responses to the outstanding requests for production of documents; and (ii) any documents in his possession that are responsive to those outstanding requests.  *See id.*  Plaintiff must do so **by no later than September 22, 2025**.  The Court again reminds Plaintiff that if he fails to provide this discovery, the Court may issue sanctions, **including precluding Plaintiff from using any documents that he has not turned over, either as part of his opposition to Defendants' motion for summary judgment, or at trial if Plaintiff's claims survive the motion.**[1]

---

[1] If Plaintiff fails to comply with the September 22, 2025 deadline, it is not necessary for counsel for Defendants to notify the Court at this time.  Defendants will maintain all rights with respect to this discovery should it be necessary to return to this issue after a determination on the Defendants' forthcoming summary judgment motion.

The Court reiterates that the briefing schedule for Defendants' motion for summary judgment is as follows: (i) Defendants' motion must be filed and served by **October 13, 2025**; (ii) Plaintiff's opposition submission must be filed and served by **December 12, 2025**; and (iii) Defendants' reply submission (if any) must be filed and served by **January 5, 2026**.

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff. Chambers staff also will send a copy of the Order to Plaintiff via email.

Dated: September 8, 2025
      White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge