UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

PATRICK A. NAVAS,

                           Plaintiff,                   **ORDER**

         -against-                   23 Civ. 4943 (AEK)

POLICE OFFICER J. A. VLASATY, *et al.,*

                          Defendants.

-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

By order dated October 7, 2025, the Court adjusted the briefing schedule for Defendants' motion for summary judgment so that Defendants' moving papers were to be served and filed by October 20, 2025; Plaintiff's opposition papers were to be served and filed by December 19, 2025; and Defendants' reply papers were to be served and filed by January 12, 2026. *See* ECF No. 77. Defendants served and filed their moving papers on October 20, 2025. *See* ECF Nos. 78-81. To date, however, Plaintiff has neither served and filed his opposition papers, nor sought an extension of time in which to do so.

Accordingly, the Court *sua sponte* grants Plaintiff an extension of time until **January 16, 2026**, to serve and file his opposition to Defendants' motion for summary judgment. Defendants' time to serve and file their reply papers is extended to **February 9, 2026**.

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff. Chambers staff also will send a copy of the Order to Plaintiff by email.

Dated: December 30, 2025
       White Plains, New York

                                **SO ORDERED.**

                                ANDREW E. KRAUSE
                                United States Magistrate Judge