UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

PATRICK A. NAVAS,

                          Plaintiff,                          **ORDER**

        -against-                                              23 Civ. 4943 (AEK)

POLICE OFFICER J. A. VLASATY, *et al.,*

                          Defendants.

--------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

        By order dated December 30, 2025, the Court *sua sponte* adjusted the briefing schedule

for Defendants' motion for summary judgment so that Plaintiff's opposition papers were to be

served and filed by January 16, 2026, and Defendants' reply papers were to be served and filed

by February 9, 2026.  *See* ECF No. 82.  To date, however, Plaintiff has still neither served and

filed his opposition papers, nor sought an extension of time in which to do so.

        Accordingly, the Court once again *sua sponte* grants Plaintiff an extension of time until

**February 13, 2026**, to serve and file his opposition to Defendants' motion for summary

judgment.  Defendants' time to serve and file their reply papers is extended to **March 9, 2026**.

        **If Plaintiff again fails to meet the deadline to serve and file his opposition papers,**

**then the Court will deem the summary judgment motion to be unopposed.**

        The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se*

Plaintiff.  Chambers staff also will send a copy of the Order to Plaintiff by email.

Dated:  January 21, 2026
        White Plains, New York

                                              **SO ORDERED.**

                                              _____
                                              ANDREW E. KRAUSE
                                              United States Magistrate Judge