UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

PATRICK A. NAVAS,

                Plaintiff,                **ORDER**

      -against-                    23 Civ. 4943 (AEK)

POLICE OFFICER J. A. VLASATY, *et al.,*

                Defendants.

---------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

By order dated January 21, 2026, the Court *sua sponte* adjusted the briefing schedule for Defendants' motion for summary judgment so that Plaintiff's opposition papers were to be served and filed by February 13, 2026, and Defendants' reply papers were to be served and filed by March 9, 2026. *See* ECF No. 83. To date, however, Plaintiff has still neither served and filed his opposition papers, nor sought an extension of time in which to do so.

Accordingly, as stated in the Court's previous order, ECF No. 83, the Court deems the summary judgment motion to be unopposed. Defendants need not file any reply papers.

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff. Chambers staff also will send a copy of the Order to Plaintiff by email.

Dated: February 24, 2026
       White Plains, New York

                        **SO ORDERED.**

                        _____
                        ANDREW E. KRAUSE
                        United States Magistrate Judge