UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

PATRICK A. NAVAS,

Plaintiff,

-against-

POLICE OFFICER J. A. VLASATY, *et al.*,

Defendants.

-----------------------------------------------------------x

**ORDER**

23 Civ. 4943 (AEK)

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

The Court has reviewed Defendants' unopposed joint motion for summary judgment. ECF No. 78. The motion is GRANTED IN PART AND DENIED IN PART as follows:

(1) the motion is DENIED with respect to Plaintiff's state law assault and battery and 42 U.S.C. § 1983 excessive force claims against Defendants Vlasaty, James, and the Town of Greenburgh (Count I), but is GRANTED to the extent that Plaintiff's 42 U.S.C. § 1983 excessive force claim is asserted as a substantive due process claim;

(2) the motion is GRANTED with respect to Plaintiff's state law and 42 U.S.C. § 1983 false arrest claims (Count II and Count III);

(3) the motion is GRANTED with respect to Plaintiff's 42 U.S.C. § 1983 municipal liability claim against the Town of Greenburgh pursuant to *Monell v. Department of Social Services*, 436 U.S. 658 (1978) (Count IV);

(4) the motion is GRANTED with respect to all of Plaintiff's claims against Defendant Albano;

(5) to the extent that Defendants seek dismissal of the action as a sanction for Plaintiff's conduct during discovery, the motion is DENIED.

* * * * * * * * * *

Because the case will be proceeding to trial on the related claims for assault and battery and excessive force, the Court will entertain an application from Plaintiff for the appointment of *pro bono* counsel. If Plaintiff wants to request that counsel be appointed, he first needs to file an application to proceed *in forma pauperis*. To do so, he must promptly complete the attached application form and submit it to the Court for review.

* * * * * * * * * *

The Court will issue a more detailed ruling on the motion for summary judgment from the bench at an in-person conference to be held on **Thursday, November 12, 2026 at 10:00 a.m. in Courtroom 250 of the White Plains federal courthouse, 300 Quarropas Street, White Plains, New York, 10601**.

* * * * * * * * * *

The Court notes that Plaintiff failed to appear at the September 8, 2025 conference—the last conference held before the summary judgment motion was filed. He also failed to file any papers in opposition to the motion for summary judgment, even though the Court, on its own, granted him two extensions of time to do so. *See* ECF Nos. 82, 83. In addition, Plaintiff has not had any communication with the Court since the motion for summary judgment was filed on October 20, 2025, even though the Court has sent copies of several orders to Plaintiff via email since then. *See* ECF Nos. 82, 83, 84. The Court further notes that three orders that were mailed to Plaintiff at his address of record by the Clerk of Court—issued between August 2025 and February 2026—have been returned as undeliverable (even though other orders mailed to Plaintiff in that same period have not been returned). *See* Docket Sheet, Entries dated 2/24/2026, 4/13/2026. **Plaintiff is therefore put on notice that if he fails to appear at the November 12, 2026 conference or request an adjournment of the conference prior to the conference date, the Court will permit Defendants to file a motion to dismiss for failure to prosecute.**

* * * * * * * * * *

The Clerk of Court is respectfully directed to: (i) mark the motion at ECF No. 78 as GRANTED IN PART AND DENIED IN PART; (ii) terminate Police Officer D. Albano as a party in this case; and (iii) mail a copy of this Order to the *pro se* Plaintiff at his address of record on the docket.

Dated: September 24, 2026
White Plains, New York

**SO ORDERED.**

ANDREW E. KRAUSE
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

(full name of the plaintiff or petitioner applying (each person must submit a separate application))

-against-

(full name(s) of the defendant(s)/respondent(s))

_____ CV ________ ( ) ( )

(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number.)

## APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings and I believe that I am entitled to the relief requested in this action. In support of this application to proceed *in forma pauperis* (IFP) (without prepaying fees or costs), I declare that the responses below are true:

1. *Are you incarcerated?* ☐ Yes ☐ No (If "No," go to Question 2.)
   I am being held at: ____________________

   Do you receive any payment from this institution? ☐ Yes ☐ No

   Monthly amount: ____________

   If I am a prisoner, *see* 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization" directing the facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the Court certified copies of my account statements for the past six months. *See* 28 U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2. Are you presently employed? ☐ Yes ☐ No

   If "yes," my employer's name and address are:

   Gross monthly pay or wages: ____________

   If "no," what was your last date of employment? ____________

   Gross monthly wages at the time: ____________

3. In addition to your income stated above (which you should not repeat here), have you or anyone else living at the same residence as you received more than $200 in the past 12 months from any of the following sources? Check all that apply.

   (a) Business, profession, or other self-employment ☐ Yes ☐ No
   (b) Rent payments, interest, or dividends ☐ Yes ☐ No

| | | |
|---|---|---|
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☐ No |
| (d) Disability or worker's compensation payments | ☐ Yes | ☐ No |
| (e) Gifts or inheritances | ☐ Yes | ☐ No |
| (f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.) | ☐ Yes | ☐ No |
| (g) Any other sources | ☐ Yes | ☐ No |

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

If you answered "No" to all of the questions above, explain how you are paying your expenses:

4. How much money do you have in cash or in a checking, savings, or inmate account?

5. Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value:

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense:

7. List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18):

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable:

*Declaration:* I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

Dated | Signature

Name (Last, First, MI) | Prison Identification # (if incarcerated)

Address | City | State | Zip Code

Telephone Number | E-mail Address (if available)