UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
PATRICK A. NAVAS,

Plaintiff,

-against-

POLICE OFFICER J. A. VLASATY, *et al.*,

Defendants.
-----------------------------------------------------------x

**ORDER**

23 Civ. 4943 (AEK)

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

The Court conducted an in-person conference on November 12, 2026, at which Defendants appeared, but Plaintiff failed to appear. In its order issued on September 24, 2026, the Court noted Plaintiff's failures to appear at the September 8, 2025 conference or file any opposition to the motion for summary judgment, as well as the fact that several orders mailed to Plaintiff at his address of record by the Clerk of Court were returned as undeliverable. *See* ECF No. 85. The Court also cautioned that "**Plaintiff is therefore put on notice that if he fails to appear at the November 12, 2026 conference or request an adjournment of the conference prior to the conference date, the Court will permit Defendants to file a motion to dismiss for failure to prosecute.**" *Id.* at 1 (emphasis in original).

Because Plaintiff failed to appear at the November 12 conference, the Court gave Defendants permission to file a joint motion to dismiss for failure to prosecute. Defendants' motion is to be served and filed by **December 18, 2026**. Plaintiff's opposition papers are to be served and filed by **January 15, 2027**.

A telephonic conference is scheduled for **Friday, January 22, 2027 at 11:00 a.m.** To access the teleconference, please follow these directions: (1) dial the meeting number: (855) 244-8681; (2) enter the access code: 231 250 35451; (3) press pound (#); and (4) press pound (#)

again to enter the teleconference as a guest. Should any party experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

* * * * * *

At the November 12, 2026 conference, the Court issued a detailed ruling on Defendants' motion for summary judgment. In its bench ruling on the motion, the Court corrected an administrative error in its prior order docketed at ECF No. 85, and explained that summary judgment is GRANTED to Officer James on Plaintiff's federal Section 1983 claim of excessive force and state law claim of assault and battery. Consequently, the action is terminated as against Officer James.

* * * * * *

The Clerk of Court is respectfully directed to (i) terminate Police Officer J. James as a party in this case, and (ii) mail a copy of this Order to the *pro se* Plaintiff at his last known address of record on the docket.

Dated: November 12, 2026
White Plains, New York

**SO ORDERED.**

ANDREW E. KRAUSE
United States Magistrate Judge